J-S59005-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH BLUME | : | |
| | : | |
| Appellant | : | No. 87 EDA 2017 |

Appeal from the PCRA Order December 5, 2016
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0014076-2012

BEFORE: GANTMAN, P.J., LAZARUS, J., and OTT, J.

JUDGMENT ORDER BY GANTMAN, P.J.: **FILED OCTOBER 09, 2018**

Appellant, Kenneth Blume, appeals from the order entered in the Philadelphia County Court of Common Pleas, which dismissed his first petition brought under the Post Conviction Relief Act ("PCRA"), at 42 Pa.C.S.A. §§ 9541-9546. On September 24, 2014, a jury convicted Appellant of one count each of firearms not to be carried without a license and carrying firearms in public in Philadelphia. The court sentenced Appellant on January 15, 2015, to an aggregate term of 36 months' probation. Appellant timely filed a notice of appeal on February 7, 2015, and later withdrew his direct appeal on July 9, 2015. On August 30, 2015, Appellant timely filed his first PCRA petition through counsel. The PCRA court conducted a hearing on July 8, 2016, and dismissed Appellant's petition on December 5, 2016. On December 28, 2016, Appellant filed a timely notice of appeal. The PCRA court ordered Appellant

on April 6, 2017, to file a Rule 1925(b) statement; Appellant timely complied on April 25, 2017. On January 15, 2018, Appellant's sentence for the underlying convictions expired, during the pendency of his appeal.

To be eligible for PCRA relief, the petitioner must be "currently serving a sentence of imprisonment, probation or parole for the crime" at issue. 42 Pa.C.S.A. § 9543(a)(1)(i). When supervision ends, the petitioner is no longer eligible for PCRA relief, regardless of when he filed the petition. *Commonwealth v. Ahlborn*, 548 Pa. 544, 548, 699 A.2d 718, 720 (1997); *Commonwealth v. Hart*, 911 A.2d 939 (Pa.Super. 2006). Instantly, Section 9543(a)(1)(i) makes clear Appellant is ineligible for PCRA relief, because he is no longer serving a sentence for his 2014 convictions. *See Ahlborn, supra*; *Hart, supra*. Accordingly, we affirm.

Order affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 10/9/18